**Electronically Filed
Supreme Court
SCPW-20-0000522
04-NOV-2022
01:58 PM
Dkt. 27 ODDP**

SCPW-20-0000522

IN THE SUPREME COURT OF THE STATE OF HAWAIʻI
_____

GREGORY WILLIAMSON, Petitioner,

vs.

THE HONORABLE JAMES H. ASHFORD, Judge of the Circuit Court of
the First Circuit, Respondent Judge,

and

ALLIANCE PERSONNEL, INC., Respondent.
_____

ORIGINAL PROCEEDING
(CIV. NO. 13-1-1840)

ORDER DENYING PETITION FOR WRIT OF MANDAMUS
(By: Recktenwald, C.J., Nakayama, McKenna, and Wilson, JJ. and
Circuit Judge Johnson, assigned by reason of vacancy)

Upon consideration of the "Emergency Supplement Notification Addition to the Emergency Third Supplement Mandamus Writ to the Emergency Non-Hearing Motion of August 25, 2020," which was filed as a petition for writ of mandamus on October 24, 2022, the documents attached and submitted in support, and the record, Petitioner has not demonstrated a clear and indisputable right to relief from this court. See Kema v. Gaddis, 91 Hawaiʻi 200, 204, 982 P.2d 334, 338 (1999).

Moreover, Judgment in Civil No. 13-1-1840 was filed on December 15, 2015, and Petitioner did not file an appeal of that Judgment. The first petition for writ of mandamus in this

original proceeding was denied by order filed on September 4, 2020.  Approximately nine months later, on June 15, 2021, Petitioner submitted another document that was filed as a second petition for writ of mandamus in this same original proceeding.  This second petition was denied by order filed on June 17, 2021.  Approximately one year later, Petitioner filed the subject third petition for writ of mandamus, which this court denies by this order.  This original proceeding is closed.  Accordingly,

IT IS HEREBY ORDERED that the petition is denied.

IT IS HEREBY FURTHER ORDERED that the appellate clerk shall process the petition without payment of the filing fee.

IT IS HEREBY FINALLY ORDERED that the appellate clerk's office shall not accept any further filings in this closed proceeding.

DATED: Honolulu, Hawaiʻi, November 4, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Ronald G. Johnson

